## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIENNA ALEXANDER, *et al.*,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | |
| **SEAWORLD PARKS &** | : | **NO. 5:24-cv-04568-JMG** |
| **ENTERTAINMENT, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kienna Alexander, individually and as Next Friend of L.A. (a minor); Steven Allen, individually and as Next Friend of S.A. (a minor); Amanda Anthony, individually and as Next Friend of R.R. (a minor); Rebecca Ashley, individually and as Next Friend of Z.A. (a minor); Tiffany Avery, individually and as Next Friend of S.A. (a minor); Justine Belmont, individually and as Next Friend of K.M. (a minor); Yolanda Billups, individually and as Next Friend of S.P. (a minor); Schameese Britton, individually and as Next Friend of K.C. (a minor), M.M. (a minor) and A.M. (a minor); Brittany Bronson, individually and as Next Friend of C.B. (a minor) and J.B. (a minor); Natalie Brown, individually and as Next Friend of J.C. (a minor); Tina Brown, individually and as Next Friend of C.B. (a minor); Makeda Bryan, individually and as Next Friend of J.B. (a minor), J.B. (a minor) and A.B. (a minor); Shanae Butler, individually and as Next Friend of K.D. (a minor); Shenika Butler, individually and as Next Friend of C.N. (a minor) and H.N. (a minor); Taishah Carroll, individually and as Next Friend of A.K. (a minor); Lapreciouse Catlett, individually and as Next Friend of L.C. (a minor); Brenna Cherry, individually and as Next Friend of A.E. (a minor);

Adrienne Clark, individually and as Next Friend of A.C. (a minor); Janae Clark, individually and as Next Friend of D.S. (a minor) and D.S. (a minor); Shamere Cole, individually and as Next Friend of J.C. (a minor); Tamika Cole, individually and as Next Friend of D.C. (a minor); Catherine Colon, individually and as Next Friend of A.C. (a minor), L.C. (a minor) and B.R. (a minor); Benjamin Cooper, individually and as Next Friend of A.C. (a minor); Jasmin Crawley, individually and as Next Friend of D.S. (a minor); Kristin Davenport, individually and as Next Friend of M.N. (a minor); Shantel Davenport, individually and as Next Friend of N.M. (a minor); Nakia Ford, individually and as Next Friend of M.W. (a minor); Gerald Fossett, individually and as Next Friend of J.F. (a minor) and G.F. (a minor); Jasmin Franklin, individually and as Next Friend of K.G. (a minor); Tamia Gibson, individually and as Next Friend of T.F. (a minor); Sade Gilyard, individually and as Next Friend of K.M. (a minor); Nyoshi Gleaves, individually and as Next Friend of D.G. (a minor), S.E. (a minor), S.E. (a minor), L.E. (a minor), M.E. (a minor), A.E. (a minor) and L.E. (a minor); Angelo Gonzalez, individually and as Next Friend of J.G. (a minor) and J.G. (a minor);  Kayla Griffin, individually and as Next Friend of D.J. (a minor); Toni Hannibal, individually and as Next Friend of M.B. (a minor), S.B. (a minor) and M.A. (a minor); Quavadis Hayes-Jones, individually and as Next Friend of H.H. (a minor); Jameelah Haynes, individually and as Next Friend of R.L. (a minor); Tyesha Henderson, individually and as Next Friend of T.H. (a minor); Nateja Henry, individually and as Next Friend of N.W. (a minor); Diamond Hines, individually and as Next Friend of A.H. (a minor) and A.L. (a minor); Hillari Howard, individually and as Next Friend of T.D. (a minor); Lakeisha Johnson, individually and as Next Friend of K.D. (a minor); Keanti Jones, individually and as Next Friend of K.J. (a minor) and M.B. (a minor); Monique Jones, individually and as Next Friend of D.S. (a minor) and D.F. (a minor); Angela Lamanna, individually and as Next Friend of M.M. (a minor); Michelle

Laurenfant, individually and as Next Friend of J.L. (a minor) and L.L. (a minor); Nicole Lockwood, individually and as Next Friend of D.W. (a minor) and D.A. (a minor); Robert Lunsford, individually and as Next Friend of L.L. (a minor) and L.L. (a minor); Lowell Maddox, individually and as Next Friend of S.M. (a minor); Tyla McNeill, individually and as Next Friend of A.S. (a minor), N.S. (a minor) and R.S. (a minor); Jalisa Mitchell, individually and as Next Friend of R.M. (a minor) and J.C. (a minor); Mary Nichols, individually and as Next Friend of K.N. (a minor); Jabre Nicholson, individually and as Next Friend of J.N. (a minor); Teresa Oniyama, individually and as Next Friend of J.O. (a minor); Erica Patricella, individually and as Next Friend of A.B. (a minor) and S.B. (a minor); Ronnia Pierce, individually and as Next Friend of N.S. (a minor); Gretta Pikman, individually and as Next Friend of R.A. (a minor); the Estate of Clifton Powell, individually, and Ashley Jones as Next Friend of N.P. (a minor); Celeste Pugh, individually and as Next Friend of K.P. (a minor); Lesha Purnell, individually and as Next Friend of S.T. (a minor); Keshia Quick, individually and as Next Friend of E.Q. (a minor) and R.Q. (a minor); Jessica Richards, individually and as Next Friend of A.L. (a minor) and A.L. (a minor); Deja Richardson, individually and as Next Friend of A.R. (a minor); Monique Richardson, individually and as Next Friend of D.R. (a minor), J.R. (a minor) and J.R. (a minor); Jaleta Robinson, individually and as Next Friend of K.L. (a minor); Tiara Shahid individually and as Next Friend of R.M. (a minor) and B.M. (a minor); Sanbria Shields, individually and as Next Friend of M.S. (a minor) and E.S. (a minor); Nicole Schockley, individually and as Next Friend of S.M. (a minor) and C.M. ( a minor); Sahar Simmons, individually and as Next Friend of T.H. (a minor); Markeema Singleton, individually and as Next Friend of N.F. (a minor); Andre Smith, individually and as Next Friend of A.S. (a minor); Glenda Smith, individually and as Next Friend of A.S. (a minor), T.S. (a minor), T.S. (a minor) and R.S. (a minor); Shawnkeyra Smith,

individually and as Next Friend of D.H. (a minor); Dominique Starks, individually and as Next Friend of Z.S. (a minor); Zani Starks; Michael Swan, individually and as Next Friend of M.S. (a minor); Mariah Talifer, individually and as Next Friend of N.F. (a minor); Tameka Taylor, individually and as Next Friend of T.T-W. (a minor); Alexus Thomas, individually and as Next Friend of C.C. (a minor); Briana Wallace, individually and as Next Friend of C.D. (a minor); Jillian Washington, individually and as Next Friend of S.A. (a minor); Elizabeth Watts, individually and as Next Friend of K.W. (a minor); Tanesia Webb, individually and as Next Friend of S.K. (a minor); Tamika Wilford, individually and as Next Friend of M.S. (a minor); Alicia Wilson, individually and as Next Friend of D.W. (a minor); Nadirah Wilson, individually and as Next Friend of N.W. (a minor); Kaelin Yapp, individually and as Next Friend of K.D. (a minor); Tiffany Yates, individually and as Next Friend of X.Y. (a minor); and Defendants SeaWorld World Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC hereby jointly stipulate to a dismissal with prejudice of all claims of all of the adult Plaintiffs and all claims of all the minor Plaintiffs as listed above.  Each party will bear their own costs and fees.

Dated: August 4, 2026                                   Respectfully submitted,

By: */s/ Mart Harris*_____          By:  */s/ Leigh Skipper*_____
Mart Harris (319504)                            Leigh Skipper (PA # 49239)
THE TRIAL LAW FIRM, LLC                 Duane Morris LLP
Fort Pitt Commons                               30 South 17th Street
445 Fort Pitt Boulevard, Suite 220        Philadelphia, PA 19103
Pittsburg, PA 15219                             Telephone: 215-979-1157
Telephone: (412) 588-0030                  Facsimile: 215-689-4939
Facsimile: (412) 265-6505                   lmskipper@duanemorris.com
mt@tlawf.com

*Attorney for Plaintiffs*                         Michelle C. Pardo (*admitted pro hac vice*)
                                                          John M. Simpson (*admitted pro hac vice)*
                                                          Rebecca E. Bazan (*admitted pro hac vice*)
                                                          Duane Morris LLP

901 New York Avenue, NW
Suite 700
Washington, DC 20001
Telephone: 202-776-7844
Facsimile: 202-478-2563
mcpardo@duanemorris.com
jmsimpson@duanemorris.com
rebazan@duanemorris.cm

*Counsel for Defendants SeaWorld Parks &*
*Entertainment, Inc. and SeaWorld Parks &*
*Entertainment LLC*